**No. 50683.**—Protest 110062–K of Czarnikow-Rionda Co. (Tampa).

Opinion by KEEFE, J. At the trial the importer abandoned the claim so far as it involved the shortage of 10 bags of sugar. The Government conceded that 100 bags of sugar were short landed in the United States. In view of the record, judgment was entered in favor of the plaintiff directing the collector to reliquidate the entry and make refund of all duties taken upon 100 bags of sugar reported short.

NOVEMBER 14, 1945

**No. 50684.**—Protests 109863–K, etc., of Geo. S. Bush & Co., Inc., et al. C. D. 949. Motion of Government for rehearing denied.

BEFORE THE THIRD DIVISION, NOVEMBER 21, 1945

**No. 50685.**—Protests 23762–K, etc., of Werner Marx et al. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of portions of cheese packed in boxes and that all such portions, except the portions described as Tilsit, are similar in all material respects to the cheese the subject of *Gruyere Cheese Corp.* v. *United States* (7 Cust. Ct. 171, C. D. 562) and *Kraft Phenix Cheese Corp.* v. *United States* (10 id. 271, C. D. 767). In accordance therewith the merchandise in question was held dutiable as claimed.

**No. 50686.**—Protest 33782–K of M. H. Greenebaum, Inc. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of cheese the same in all material respects as that the subject of *Gruyere Cheese Corp.* v. *United States* (7 Cust. Ct. 171, C. D. 562). In accordance therewith the merchandise was held dutiable as claimed.

**No. 50687.**—Protest 813263–G of Shun Ying Chong & Co. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 34104, the claim at 3 cents per pound under paragraph 762 was sustained.